# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOE RAY BURDETTE,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 70746

**FILED**

AUG 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying an appeal from a judgment of the justice court. Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:    Hon. Scott N. Freeman, District Judge
       Joe Ray Burdette
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

16-24735